```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05383
    KEVIN G JENNINGS
    MICHELLE M JENNINGS                     CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
           Debtor
    SSN XXX-XX-1049    SSN XXX-XX-5626


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/26/2007 and was confirmed 08/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  56.77% from remaining funds.

     The case was dismissed after confirmation 04/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
BAXTER CREDIT UNION        SECURED              .00             .00             .00
GMAC MORTGAGE              CURRENT MORTG        .00             .00             .00
WORLD FINANCIAL NETWORK    SECURED           500.00             .00          125.01
WORLD FINANCIAL NETWORK    UNSECURED OTH   1701.31             .00           57.11
THE PRIVATE BANK & TRUST   CURRENT MORTG        .00             .00             .00
AMERICAN EXPRESS TRAVEL    UNSECURED      32274.52             .00         1071.10
ECAST SETTLEMENT CORP      UNSECURED      59037.38             .00         1959.27
B-REAL LLC                 UNSECURED      12540.78             .00          416.18
B-REAL LLC                 UNSECURED      23524.64             .00          780.71
ECAST SETTLEMENT CORP      UNSECURED      21425.98             .00          711.06
ECAST SETTLEMENT CORP      UNSECURED      15655.85             .00          519.57
ECAST SETTLEMENT CORP      UNSECURED      13376.21             .00          443.92
SALLIE MAE SERVICING COR   UNSECURED       6215.94             .00          206.29
SALLIE MAE SERVICING       NOTICE ONLY    NOT FILED            .00             .00
SALLIE MAE SERVICING       NOTICE ONLY    NOT FILED            .00             .00
SALLIE MAE                 NOTICE ONLY    NOT FILED            .00             .00
SALLIE MAE SERVICING       NOTICE ONLY    NOT FILED            .00             .00
SALLIE MAE SERVICING       NOTICE ONLY    NOT FILED            .00             .00
SALLIE MAE SERVICING       NOTICE ONLY    NOT FILED            .00             .00
SEARS GOLD MASTERCARD      UNSECURED      NOT FILED            .00             .00
VAN MAUR                   UNSECURED      NOT FILED            .00             .00
GMAC MORTGAGE CORPORATIO   NOTICE ONLY    NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED       2715.83             .00           90.13
B-REAL LLC                 UNSECURED       1296.63             .00           43.03
THE PRIVATE BANK & TRUST   SECURED NOT I       .00             .00             .00
THE PRIVATE BANK & TRUST   UNSECURED     337223.27             .00             .00
MELVIN J KAPLAN            DEBTOR ATTY    3,000.00                        3,000.00
TOM VAUGHN                 TRUSTEE                                          661.77
DEBTOR REFUND              REFUND                                            14.85

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05383 KEVIN G JENNINGS & MICHELLE M JENNINGS
```

```
                             RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    10,100.00

PRIORITY                                                     .00
SECURED                                                   125.01
UNSECURED                                               6,298.37
ADMINISTRATIVE                                          3,000.00
TRUSTEE COMPENSATION                                      661.77
DEBTOR REFUND                                              14.85
                          ---------------         ---------------
TOTALS                     10,100.00                   10,100.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 07/23/08            _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE